IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 1:20-cr-00097-AJT-1 |
| | ) | |
| JEFFREY B. DONAHUE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**VIDEO CONFERENCING ORDER FOR FELONY PLEA HEARING**

In accordance with 2:20-mc-7 and E.D. Va. General Order 2020-09, this Court finds that

the Defendant, after consultation with counsel, has consented to the use of video conferencing to

conduct the felony plea hearing to be held on Monday, May 4, 2020 at 10:00 a.m. *See* Exhibit A,

attached hereto. As stated in E.D. Va. General Order 2020-09, felony pleas "cannot be

conducted in person in this district without seriously jeopardizing public health and safety."

Additionally, as contemplated by § 15002(b)(2) of the Coronavirus Aid, Relief, and Economic

Security Act, Pub. L. No. 116-36, the Court finds that such proceeding could not be further

delayed without serious harm to the interests of justice. Accordingly, it is hereby

ORDERED that the felony plea hearing to be held in this matter on Monday, May 4,

2020 at 10:00 a.m. may be conducted by Zoom video teleconferencing.

The Clerk is directed to forward copies of this Order to all counsel of record

/s/

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 1, 2020

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cr-97 |
| | ) | |
| JEFFREY DONAHUE, | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT TO APPEAR BY VIDEO TELECONFERENCE
### OR TELEPHONE CONFERENCE

I, Jeffrey Donahue, understand that under Federal Rule of Criminal Procedure 43 and the United States Constitution I have a right to be present in open court for the below-listed proceedings in my criminal case. After consulting with counsel, I hereby consent to appear by video teleconference or by telephone conference for the below listed, marked proceedings:

| | |
|---|---|
| **X** initial appearance | _____ Rule 40 appearance |
| **X** arraignment | _____ misdemeanor plea & sentencing |
| _____ detention hearing | **X** felony plea |
| _____ preliminary hearing | _____ felony sentencing |
| **X** waiver of indictment | _____ probation/supervised release revocation proceedings (including pretrial release) |
| _____ other | |

April 29, 2020

_____
Jeffrey Donahue

_____
Stuart A. Sears
Counsel for Jeffrey Donahue